

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

Southern and Southwestern Divisions
United States Courthouse
222 North John Q. Hammons Parkway
Suite 1400
Springfield, Missouri 65806
(417) 865-3869

Transfer of ☐ Criminal Case   or ☑ Magistrate Case
WDMO Case No.: 23-mj-2011DPR          Case Title: USA v. Brian Allen Rogers

Dear Sir/Madam:

**Pursuant to** ☑ **F.R.Cr.P. 5**     ☐ **F.R.Cr.P. 32**
☑ Attached are all public documents and the docket sheet.
☐ Certified copy of documents filed prior to November 1, 2004 and docket sheet.
☐ Not for public view document(s).
☐ Other

**Pursuant to F.R.Cr.P. 20**
☐ Attached are all public documents and the docket sheet.
☐ Certified copy of documents filed prior to November 1, 2004 and docket sheet.
☐ Not for public view document(s).
☐ Other

**Pursuant to 18 U.S.C. § 3605 Transfer of Jurisdiction**  ☐ Supervised Release    ☐ Probation
☐ Attached are the last charging document, the judgment and commitment, revocation orders (if any), and the docket sheet.
☐ Certified copy of documents filed prior to November 1, 2004 and docket sheet.
☐ Not for public view document(s).
☐ Other

Sincerely,

Paige Wymore-Wynn, Clerk of Court

By  s/ Karla Berziel
    Deputy Clerk

---

**TO BE COMPLETED BY RECEIVING DISTRICT**

Please acknowledge receipt via e-mail to  Karla_Berziel@mow.uscourts.gov

Clerk, U.S. District Court

Date: _____          By _____
                                              Deputy Clerk

CLOSED

# U.S. District Court
## Western District of Missouri (Springfield)
## CRIMINAL DOCKET FOR CASE #: 6:23−mj−02011−DPR All Defendants

| | |
|---|---|
| Case title: USA v. Rogers | Date Filed: 02/08/2023 |

Assigned to: Magistrate Judge David P. Rush

**Defendant (1)**

| | | |
|---|---|---|
| **Brian Allen Rogers** | represented by | **Brian David Risley**<br>Federal Public Defender's Office – Springfield<br>901 St. Louis Street<br>Suite 801<br>Springfield, MO 65806<br>417−873−9022<br>Fax: 417−873−9038<br>Email: brian_risley@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment*<br>*Bar Status: Active* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:3583.F | |

**Plaintiff**

**USA** represented by **Randall D. Eggert**
U. S. Attorney's Office
901 St. Louis Street
Suite 500
Springfield, MO 65806
417/831–4406
Fax: 417/831–0078
Email: Randy.Eggert@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*
*Bar Status: Active*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 02/08/2023 | 1 | | RULE 5 as to Brian Allen Rogers (1). (Berziel, Karla) (Entered: 02/08/2023) |
| 02/08/2023 | 2 | | NOTICE OF HEARING as to Brian Allen Rogers. This is the official notice for this hearing. Initial Appearance – Rule 5 set for 2/9/2023 at 11:00 AM in MJ Courtroom, Springfield (DPR) before Magistrate Judge David P. Rush. This is a TEXT ONLY ENTRY. No document is attached. (Berziel, Karla) (Entered: 02/08/2023) |
| 02/09/2023 | 3 | | Minute Entry for proceedings held before Magistrate Judge David P. Rush: INITIAL APPEARANCE in Rule 5(c)(3) Proceedings as to Brian Allen Rogers held on 2/9/2023. Time in court: 11:00 a.m. to 11:03 a.m. To order a transcript of this hearing please contact Karla Berziel, 417–865–3869. DEFENDANT IN CUSTODY. (Berziel, Karla) (Entered: 02/09/2023) |
| 02/09/2023 | 4 | | WAIVER of Rule 5(c)(3) Hearings by Brian Allen Rogers. (Berziel, Karla) (Entered: 02/09/2023) |
| 02/09/2023 | 5 | | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Brian Allen Rogers. (Berziel, Karla) (Entered: 02/09/2023) |
| 02/09/2023 | 6 | | COMMITMENT TO ANOTHER DISTRICT as to Brian Allen Rogers. Defendant committed to Western District of Tennessee. (Berziel, Karla) (Entered: 02/09/2023) |

# SMITH

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CR. No. 2:22-cr-20273-TLP/atc |
| ) | |
| v. ) | 18 U.S.C. § 1028(a)(7) |
| ) | 18 U.S.C. § 1029(a)(3) |
| BRIAN ALLEN ROGERS and ) | 18 U.S.C. § 1028A |
| KIMBERLY NICHOLE BLACKWELL, ) | 18 U.S.C. § 2312 |
| ) | 18 U.S.C. § 2 |
| Defendants. ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
### (Identity Theft)

On or about December 16, 2018, in the Western District of Tennessee and elsewhere, the defendant,

### BRIAN ALLEN ROGERS,

did knowingly possess and use without lawful authority, in and affecting interstate commerce, the means of identification of another person, with the intent to commit and in connection with an unlawful activity that constitutes a felony violation of Tenn. Code Ann. 39-14-103. Specifically, **ROGERS** fraudulently used a false Tennessee identification bearing the image of **ROGERS** but the name and birth date of T.K. to finance the purchase of a 2017 Ford Explorer with VIN 1FM5K7F83HGC61644 from Auto Nation Ford Wolfchase, located at 7925 US 64 Highway, Memphis, Tennessee, thereby obtaining

property and monies having an aggregate value of $1,000 or more within a one-year period.

All in violation of Title 18, United States Code, Section 1028(a)(7).

## COUNT 2
### (Identity Theft)

On or about December 18, 2018, in the Western District of Tennessee and elsewhere, the defendant,

**BRIAN ALLEN ROGERS**,

did knowingly possess and use without lawful authority, in and affecting interstate commerce, the means of identification of another person, with the intent to commit and in connection with an unlawful activity that constitutes a felony violation of Tenn. Code Ann. 39-14-103. Specifically, **ROGERS** fraudulently used a false Tennessee identification bearing the image of **ROGERS** but the name and birth date of T.K. to obtain financing for the purchase of a 2018 Dodge Ram 1500 with VIN 1C6RR7MT8JS108566 from Gossett Kia, located at 1900 Covington Pike, Memphis, Tennessee, thereby obtaining property and monies having an aggregate value of $1,000 or more within a one-year period.

All in violation of Title 18, United States Code, Section 1028(a)(7).

## COUNT 3
### (Possession of Fifteen or More Unauthorized Access Devices)

Between sometime in or about February 2018 and in or about January 30, 2019, in the Western District of Tennessee and elsewhere, the defendants,

**BRIAN ALLEN ROGERS and KIMBERLY NICHOLE BLACKWELL**,

aiding and abetting one another, did knowingly and with intent to defraud, possess at least fifteen unauthorized access devices, that is, numerous social security account

numbers assigned to individuals other than defendants **ROGERS** and **BLACKWELL**, such conduct affecting interstate commerce.

All in violation of Title 18, United States Code, Section 1029(a)(3) and 2.

## COUNT 4
### (Aggravated Identity Theft)

Between sometime in or about February 2018 and in or about January 30, 2019, in the Western District of Tennessee and elsewhere, the defendants,

**BRIAN ALLEN ROGERS and KIMBERLY NICHOLE BLACKWELL**,

did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, that is, the names, birth dates, and social security numbers of over 700 other persons, and did aid and abet in the commission of said offense, and **ROGERS** and **BLACKWELL** did so during and in relation to the commission of a felony violation of Title 18, United States Code, Section 1029(a)(3), as alleged in Count Three.

All in violation of Title 18, United States Code, Sections 1028A and 2.

## COUNT 5
### (Interstate Transportation of Stolen Motor Vehicle)

Between on or about January 2, 2019, and on or about January 11, 2019, in the Western District of Tennessee and elsewhere, the defendant,

**BRIAN ALLEN ROGERS**,

did unlawfully transport in interstate commerce a stolen motor vehicle, to wit, a 2016 Dodge Challenger "Hellcat" with VIN 2C3CDZC97GH164646 from the State of Mississippi to the State of Tennessee, knowing the same to be stolen.

All in violation of Title 18, United States Code, Section 2312.

3

## COUNT 6
### (Interstate Transportation of Stolen Motor Vehicle)

Between on or about January 4, 2019, and on or about January 11, 2019, in the Western District of Tennessee and elsewhere, the defendant,

### KIMBERLY NICHOLE BLACKWELL,

did unlawfully transport in interstate commerce a stolen motor vehicle, to wit, a 2017 Chevrolet Camaro with VIN 1G1FD1RS4H0179513 from the State of Mississippi to the State of Tennessee, knowing the same to be stolen.

All in violation of Title 18, United States Code, Section 2312.

**A TRUE BILL:**

_____
**F O R E P E R S O N**

DATED: _____

_____
**KEVIN G. RITZ**
**UNITED STATES ATTORNEY**



# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CR. No. 2:22-cr-20273-TLP/tz |
| v. | ) 18 U.S.C. § 1028(a)(7) |
| | ) 18 U.S.C. § 1029(a)(3) |
| BRIAN ALLEN ROGERS and | ) 18 U.S.C. § 1028A |
| KIMBERLY NICHOLE BLACKWELL, | ) 18 U.S.C. § 2312 |
| | ) 18 U.S.C. § 2 |
| Defendants. | ) |

## NOTICE OF PENALTIES

### COUNTS 1-2
### (Identity Theft)

[NMT 5 years imprisonment, NMT $250,000 fine, or both, NMT 3 years supervised release, and a special assessment of $100].

### COUNT 3
### (Possession of Fifteen or More Access Devices)

[NMT 10 years imprisonment, NMT $250,000 fine, or both, NMT 3 years supervised release, and a special assessment of $100].

### COUNT 4
### (Aggravated Identity Theft)

[Mandatory 2 years imprisonment consecutive to any other term of imprisonment, NMT $250,000 fine, or both, NMT 3 years supervised release, and a special assessment of $100].

### COUNTS 5-6
### (Interstate Transportation of Stolen Motor Vehicle)

[NMT 10 years imprisonment, NMT fine $250,000, or both, NMT 3 years supervised release, and a special assessment of $100].

```
MIME-Version:1.0
From:ecfMOW.notification@mow.uscourts.gov
To:cmecf_atynotifications@mow.uscourts.gov
Bcc:
--Case Participants: Randall D. Eggert (caseview.ecf@usdoj.gov,
jacki.dean-swineburg@usdoj.gov, randy.eggert@usdoj.gov, shawnette.cameron@usdoj.gov)
--Non Case Participants: MarshalsAllDist (usmsmow.ecfnotice@usdoj.gov), Pretrial -
Jefferson City (mow_pts_jc_cmecf@mow.uscourts.gov), Pretrial - Kansas City
(mow_pts_kc_cmecf@mow.uscourts.gov), ProbationAll (mow_dqa@mow.uscourts.gov)
--No Notice Sent:

Message-Id:8075105@mow.uscourts.gov
Subject:Activity in Case 6:23-mj-02011-DPR USA v. Rogers Notice of Hearing
Content-Type: text/html
```

# U.S. District Court

# Western District of Missouri

## Notice of Electronic Filing

The following transaction was entered on 2/8/2023 at 10:53 AM CST and filed on 2/8/2023

| | |
|---|---|
| **Case Name:** | USA v. Rogers |
| **Case Number:** | 6:23–mj–02011–DPR |
| **Filer:** | |
| **Document Number:** | 2(No document attached) |

**Docket Text:**
 **NOTICE OF HEARING as to Brian Allen Rogers. This is the official notice for this hearing. Initial Appearance – Rule 5 set for 2/9/2023 at 11:00 AM in MJ Courtroom, Springfield (DPR) before Magistrate Judge David P. Rush. This is a TEXT ONLY ENTRY. No document is attached. (Berziel, Karla)**


**6:23–mj–02011–DPR–1 Notice has been electronically mailed to:**

Randall D. Eggert     Randy.Eggert@usdoj.gov, CaseView.ECF@usdoj.gov, Shawnette.Cameron@usdoj.gov, jacki.dean–swineburg@usdoj.gov

**6:23–mj–02011–DPR–1 It is the filer's responsibility for noticing the following parties by other means:**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

## MINUTE SHEET

**UNITED STATES OF AMERICA**       Date: February 9, 2023

vs.       Case No.: 23-mj-2011DPR

**BRIAN ALLEN ROGERS**

---

**Honorable David P. Rush, presiding at Springfield, Missouri**

**Nature of Hearing:** Rule 5(c)(3) Out – Initial Appearance

**Time Commenced:** 11:00 a.m.      **Time Terminated:** 11:03 a.m.

---

### APPEARANCES

**Plaintiff:**   Jessica Eatmon, AUSA
**Defendant:**  Brian Risley, FPD
**USPPTS:**     Alina Davis

---

**Proceedings:** Parties appear as indicated above. Defendant appears in person.

FPD's appointed for this district only. Government moves for detention. Defendant advised of rights and questioned as to completion of the waiver of Rule 40 hearings. Defendant waives the right to an identity hearing and a detention hearing in this district. Defendant reserves the right to a preliminary and detention hearing in the charging district. Defendant ordered removed to the District of Tennessee.

Defendant in custody.

---

**Courtroom Deputy/ERO:** Karla Berziel

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 23-mj-2011DPR |
| BRIAN ALLEN ROGERS ) | |
| ) | Charging District's Case No. 22-CR-20273TLP |
| Defendant ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* District of Tennessee (Western Division).

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒ an identity hearing and production of the warrant.

☒ a preliminary hearing.

☐ a detention hearing.

☒ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my ☒ preliminary hearing and/or ☒ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 02/09/2023

*Defendant's signature*

*Signature of defendant's attorney*

Brian D Risley
*Printed name of defendant's attorney*

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | Criminal Action |
| BRIAN ALLEN ROGERS, ) | No. 23-mj-2011DPR |
| ) | |
| Defendant. ) | |

### ORDER APPOINTING COUNSEL

The above-named defendant having appeared before the United States Magistrate Judge on the 9th day of February, 2023, the United States Magistrate Judge finds that defendant not having waived counsel, it is

ORDERED that the Federal Public Defenders' Office for the Western District of Missouri be, and it is hereby, appointed to represent the defendant before the United States Magistrate Judge in this district.

*/s/ David P. Rush*
DAVID P. RUSH
United States Magistrate Judge

Date:  February 9, 2023

AO 94  (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the

Western District of Missouri

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.   23-mj-2011DPR |
| BRIAN ALLEN ROGERS | ) | Charging District's |
| *Defendant* | ) | Case No.   22cr-20273TLP |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the _____ District of   Tennesse  ,
Western Division
*(if applicable)* _____ division.  The defendant may need an interpreter for this language:
_____.

The defendant:   ☐ will retain an attorney.

☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant.  The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled.  The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:   2/9/2023                                             /s/ David P. Rush
                                                                    *Judge's signature*

                                                                    David P. Rush United States Magistrate
                                                                    *Printed name and title*