AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

United States of America
v.

BRIAN ALLEN ROGERS

Case No. 2:22-cr-20273-TLP/atz

*Defendant*

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     BRIAN ALLEN ROGERS ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1028(a)(7)-Unlawful transfer, possession, use of identification of another
18 U.S.C. § 1029(a)(3)-Possessing 15 or more counterfeit/unauthorized access devices
18 U.S.C. § 1028A -Fraud and related activity in connection with identification documents
18 U.S.C. § 2312-Transportation of stolen vehicles
18 U.S.C. § 2-Aiding and Abetting

Date: 12/08/2022

*Issuing officer's signature*

City and state:   Memphis, Tennessee

Thomas M. Gould-Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 12/8/22 , and the person was arrested on *(date)* 3/16/23
at *(city and state)* Memphis, TN .

Date: 3/16/23

*Arresting officer's signature*

Cory Areasonover  DUSM
*Printed name and title*